# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF ARIZONA
# Minute Entry

## Hearing Information:

| | |
|---|---|
| **Debtor:** | DAVID ALLAN & ERICA C HOLDRIDGE |
| **Case Number:** | 4:09-BK-04508-JMM   **Chapter:** 13 |
| **Date / Time / Room:** | MONDAY, OCTOBER 05, 2009 10:15 AM   COURTROOM 329 |
| **Bankruptcy Judge:** | JAMES M. MARLAR |
| **Courtroom Clerk:** | CINDY TURNBULL |
| **Reporter / ECR:** | BEVERLY GRANILLO |

## Matter:

ADV: 4-09-00796

**DAVID ALLAN HOLDRIDGE & ERICA C HOLDRIDGE vs BAC HOME LOAN SERVICING L.P. FKA COUNTYW**
HEARING ON DEBTORS' FORM OF ORDER RE DEFAULT JUDGMENT

**R / M #:**   17 / 0

## Appearances:

DIANNE C. KERNS, TRUSTEE , APPEARING BY PHONE
CRAIG MORRIS, ATTY TRUSTEE, APPEARING BY PHONE
ANGELA WILSON-GOODMAN, ATTY DBTRS, APPEARING BY PHONE

## Proceedings:

THE COURT SUGGESTS THAT MS. WILSON-GOODMAN REVIEW JUDGE HOLLOWELL'S PROCEDURES ON STRIP OFFS. THE PROBLEM IS, THE DEBTORS CAN'T STRIP OFF A LIEN UNTIL THEY COMPLETE THEIR PLAN PAYMENTS.

MS. WILSON-GOODMAN RESPONDS.

COURT: FILE AN AMENDED JUDGMENT TO CURE THE CONCERNS. ALSO, LOOK AT THE FORMER JUDGMENT, THERE IS SOME CONFUSING LANGUAGE IN THERE. RESUBMIT A SIMPLE, CLEAN ORDER.

MS. KERNS NOTES IT DOESN'T APPEAR THERE WAS SUCCESSFUL SERVICE.

COURT: LOOK INTO THE SERVICE ISSUE AS WELL, SERVE THE STAT AGENT.

MR. MORRIS DIRECTS MS. WILSON-GOODMAN TO JUDGE HOLLOWELL'S SITE WHERE THE ORDER CAN BE FOUND.